**EMPRESS CASINO JOLIET CORPO-RATION, an Illinois Corporation, et al., Plaintiffs–Appellants,**

v.

**BALMORAL RACING CLUB, INC., Maywood Park Trotting Association, Inc., Arlington Park Racecourse, LLC, Fairmount Park, Inc., and Hawthorne Race Course, Inc., Defendants–Appellees.**

No. 09–3975.

United States Court of Appeals, Seventh Circuit.

April 13, 2011.

Robert M. Andalman, Loeb & Loeb, Chicago, IL, for Plaintiffs–Appellants.

William J. McKenna, Jr., Foley & Lardner, LLP, Chicago, IL, Gary S. Feinerman, Constantine L. Trela, Jr., Sidley Austin LLP, Chicago, IL, for Defendants–Appellees.

**ORDER**

The petitions for rehearing en banc filed on March 16, 2011, by Defendants–Appellees Balmoral Racing Club, Inc., and Maywood Park Trotting Association, Inc., and also by Defendants–Appellees Arlington Park Racecourse, LLC, Fairmount Park, Inc., and Hawthorne Race Course, Inc., are hereby granted.[1]

The parties to consolidated appeal No. 10–1019 did not seek rehearing en banc; therefore, rehearing is granted solely in No. 09–3975. With respect to that appeal, the panel's judgment and pages 23 to 42 of the panel's opinion are vacated. Reargument will be scheduled in a later order.

---

1. Circuit Judges Joel M. Flaum, Ilana Diamond Rovner, and Ann Claire Williams did not participate in the consideration of these petitions for rehearing.